UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANE S. LANGSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>AHMAD KASSEM, AND SOBHI AHMAD KASSEM,<br><br>    Defendants. | Case No. 1:12-cv-00411-BLW<br><br>ORDER |

Plaintiff filed a "Complaint" on August 7, 2012, which purports to remove a case from the District Court of the 361st Judicial District of the State of Texas, In and For the County of Brazos, Case No. 11-001889-CV-361. No pleadings or forms of process from this Texas case are attached as required by 28 U.S.C. § 1446(a). It appears from the Complaint she filed, however, that Plaintiff is attempting to remove a state court action involving an action to quiet title pending in Texas to this federal district court.

MEMORANDUM DECISION AND ORDER - 1

On September 24, 2012, U.S. Magistrate Judge Candy W. Dale entered an Initial Review Order recommending dismissal of this action for lack of jurisdiction and deeming the Application to Proceed In Forma Pauperis (Dkt. 1) and the Motion to Dismiss (Dkt. 7) moot.  The Court has reviewed Judge Dale's Initial Review Order, as well as the applicable filings by Plaintiff, and concludes that Judge Dale's Initial Review Order is well founded in law and consistent with the Court's own view of the evidence in the record. The Court will therefore dismiss this action consistent with Judge Dale's recommendation.

## ORDER

1. Having reviewed the Initial Review Order (Dkt. 12), the Court finds that Judge Dale's recommendation that this case be dismissed for lack of jurisdiction is well founded in law and consistent with the Court's own view of the evidence in the record. Therefore, acting on the recommendation of Magistrate Judge Dale, and this Court being fully advised in the premises, **IT IS HEREBY ORDERED** that the Initial Review Order entered on September 24, 2012, (Dkt. 12), shall be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

2. This matter is DISMISSED and the Application to Proceed In Forma Pauperis (Dkt. 1) and the Motion to Dismiss (Dkt. 7) are deemed **MOOT**.

.



DATED: October 25, 2012

B. Lynn Winmill
Chief Judge
United States District Court